THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE NAPPA, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of unlawful entry (Penal Law, § 405), unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK SMALL, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of the crime of assault in the third degree and sentencing him to sixty days in the workhouse, unanimously affirmed. Appeal from sentence dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS VENEZIA, Appellant.— Defendant was convicted in the Court of Special Sessions of the City of New York, Borough of Brooklyn, of a violation of section 1897 of the Penal Law (possession of a dangerous weapon). Judgment of conviction and orders unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

JANE REILLY, Respondent, v. SULLIVAN COUNTY GAS SERVICE, INC., Defendant, and GEORGE F. KEYS, Appellant. FRED BEUTHER, Respondent, v. SULLIVAN COUNTY GAS SERVICE, INC., Defendant, and GEORGE F. KEYS, Appellant. JOHN REILLY, Respondent, v. SULLIVAN COUNTY GAS SERVICE, INC., Defendant, and GEORGE F. KEYS, Appellant.— Actions to recover damages for personal injuries. Order denying motions of defendant Keys to dismiss the actions for failure to prosecute affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ., concur.

AUGUST J. SCHNEIDER and MARIE SCHNEIDER, Respondents, v. EDWARD A. CLARK, Appellant.— In an action to recover damages for personal injuries sustained by plaintiffs in an automobile accident and for loss of services, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

SOLOMON SNITOW, Appellant, v. CENTRAL COAL COMPANY, INC., Defendant; ALEXANDER & SCHWACH, Respondents.— Order denying plaintiff's motion for an order " opposing the confirmation of the report " of the official referee, and denying a rehearing to determine whether plaintiff's original lawyers are entitled to a lien, affirmed, with ten dollars costs and disbursements. No opinion.— Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ., concur [See ante, p. 866.]